No. 81–5240.  GATES v. ZANT, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER.  Super. Ct. Ga., Butts County;
    No. 81–5312.  STEPHENS v. GEORGIA.  Sup. Ct. Ga.;
    No. 81–5947.  WATERS v. GEORGIA.  Sup. Ct. Ga.;
    No. 81–5962.  TAYLOR v. NORTH CAROLINA.  Sup. Ct. N. C.;
    No. 81–6827.  REDD v. ZANT, WARDEN.  Sup. Ct. Ga.;

1214

No. 82–5128.   MATHIS v. GEORGIA.   Sup. Ct. Ga.;

No. 82–5260.   MOORE v. LOUISIANA.   Sup. Ct. La.;

No. 82–5868.   WILLIAMS v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir.; and

No. 82–6192.   ROBERTS v. SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.   Reported below: No. 81–5312, 247 Ga. 698, 278 S. E. 2d 398; No. 81–5947, 248 Ga. 355, 283 S. E. 2d 238; No. 81–5962, 304 N. C. 249, 283 S. E. 2d 761; No. 81–6827, 249 Ga. 211, 290 S. E. 2d 36; No. 82–5128, 249 Ga. 454, 291 S. E. 2d 489; No. 82–5260, 414 So. 2d 340; No. 82–5868, 679 F. 2d 381; No. 82–6192, 278 S. C. 572, 300 S. E. 2d 63.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.